**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | | |
|---|---|---|
| NICHOLE TERRY, | ) | |
| | ) | |
| Petitioner | ) | |
| v. | ) No. 2:10-cr-00008-GZS |
| | ) 2:17-cv-00057-GZS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 183) filed August 30, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** as follows:

(1) That an evidentiary hearing is not warranted under Rule 8 of the Rules Governing §2255 cases;

(2) It is **ORDERED** that Petitioner's Motion for Habeas Relief under 28 U.S.C. §2255 (ECF No. 169) is **DENIED;**

(3) It is **ORDERED** that a certificate of appealability shall be **DENIED** pursuant to Rule 11 of the Rules Governing §2255 cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

      /s/ George Z. Singal
      United States District Judge

Dated this 25th day of September, 2017.